# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2317

———————————————

ROY ALLEN STEPHENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Hamilton County.
Jamie L. Tyndal, Judge.

January 28, 2026

PER CURIAM.

DISMISSED. An order denying a request for extension of time to file a postconviction motion is nonfinal and not appealable. *See Payton v. State*, 58 So. 3d 933, 933 (Fla. 2d DCA 2011).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Roy Allen Stephens, pro se, Appellant.

James Uthmeier, Attorney General, and Amanda Bosman, Assistant Attorney General, Tallahassee, for Appellee.